UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD :
:
VS. : C.A. NO. CA 04 59 T
:
QT 5, INC.; STEVEN REDER in his :
capacity as President of QT 5, INC.; :
TIMOTHY OWENS in his capacity as :
CEO of QT 5, INC.; and :
NORMAN KUNIN as Chief Financial :
Officer/Treasurer of QT 5, INC. :

## COMPLAINT

### Jurisdiction

This Court has jurisdiction pursuant to 28 U.S.C. (1332) in that the Parties are of different states and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00) exclusive of interests and costs.

### Parties

1. Plaintiff, John B. Harwood, is a resident of the State of Rhode Island.

2. Co-Defendant, QT 5, Inc. is a corporation located in Westlake Village, California doing business pursuant to California law.

3. Co-Defendant, Steven Reder, is a resident of the State of California and is sued in his capacity as President of QT 5, Inc.

4. Co-Defendant, Timothy Owens, is a resident of the State of California and is sued in his capacity as Chief Executive Officer of Co-Defendant, QT 5, Inc.

5. Co-Defendant, Norman Kunin, is the Chief Financial Officer/Treasurer of Co-Defendant, QT 5, Inc.



(1)

**Cause of Action**

6. On or about June 9, 2003 your Defendants for services to be rendered entered into an agreement with Plaintiff to travel to the State of Maine to resolve certain business problems involving a product owned and sold by Co-Defendant, QT 5, Inc.

7. Plaintiff, John B. Harwood, on or about June 10, 2003 traveled to the State of Maine and performed the agreed upon services for the Defendants in consideration of an agreed upon fee totaling one hundred fifty thousand dollars ($150,000.00).

8. Your Plaintiff has demanded its agreed upon fee of one hundred fifty thousand dollars ($150,000.00) from the Co-Defendants but the said Co-Defendants have failed to pay the said fee resulting in breaching its contract with the Plaintiff.

9. Your Plaintiff at all times material to these events has acted in good faith.

WHEREFORE, your Plaintiff prays for judgment in the amount of one hundred fifty thousand dollars ($150,000.00) plus interest and costs.

**COUNT II - Fraud**

10. Plaintiff, John B. Harwood, incorporates Paragraphs 1 through 9 as if copied at length.

11. Your Plaintiff, John B. Harwood, on or about June 10, 2003 was fraudulently induced to perform above services for the Defendants, who willfully and intentionally deceived the Plaintiff into performing the above services without any intentions of paying the Plaintiff.

12. Your Plaintiff has demanded in good faith payment for the above services but the Defendants have refused to make said payments.

WHEREFORE, your Plaintiff, John B. Harwood, prays for punitive damages in the amount of one hundred fifty thousand dollars ($150,000.00) plus interest, attorney fees and costs.

Plaintiff,
By and through his attorney,

Joseph-Anthony DiMaio (#3910)
McKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
Tel: (401)723-9655
Fax: (401)722-9106

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

Dated: February 11, 2004