# United States District Court

DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CA 04 59 T

QT 5, INC.; STEVEN REDER in his capacity as President of QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC.

TO: (Name and address of defendant)

Timothy Owens
QT 5, Inc.
5655 Lindero Canyon Rd., Suite 120
Westlake Village, CA 91362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401)723-9655
(401)722-9106 (Fax)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/25/04

(BY) DEPUTY CLERK

#2

LAW OFFICES
MCKINNON & HARWOOD

DANIEL V. MCKINNON
JOHN B. HARWOOD*

DEAN J. WAGNER*
MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

February 26, 2004

Timothy Owens
QT 5, Inc.
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

Re: John B. Harwood
Vs. QT 5, Inc., et als
C.A. No.: 04-59T

Dear Mr. Owens:

Enclosed please find a Summons and Complaint relative to the above-captioned matter. In accordance with the Rhode Island General Laws and Federal Rules of Procedure, you are hereby duly served.

You have twenty (20) days in which to file an answer to protect your interest.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:kb
Enclosure

**CERTIFIED MAIL-Return Receipt Requested**
**#7003 1680 0004 8419 1372**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

...thy Owens
...S, Inc.
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) NA KUNIU

C. Date of Delivery 3-2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 1680 0004 8419 1372

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

SANTA CLARITA CA 91... PM 2 MAR 2004

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

32

# United States District Court

DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD

## SUMMONS IN A CIVIL CASE

V.

QT 5, INC.; STEVEN REDER in his capacity as President of QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC.

CASE NUMBER: CA 04 59T

TO: (Name and address of defendant)

Norman Kunin
QT 5, Inc.
5655 Lindero Canyon Rd., Suite 120
Westlake Village, CA 91362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401)723-9655
(401)722-9106 (Fax)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/25/04

(BY) DEPUTY CLERK

LAW OFFICES
MCKINNON & HARWOOD

DANIEL V. MCKINNON
JOHN B. HARWOOD*

DEAN J. WAGNER*
MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

February 26, 2004

Norman Kunin
QT 5, Inc.
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

Re: John B. Harwood
Vs. QT 5, Inc., et als
C.A. No.: 04-59T

Dear Mr. Kunin:

Enclosed please find a Summons and Complaint relative to the above-captioned matter. In accordance with the Rhode Island General Laws and Federal Rules of Procedure, you are hereby duly served.

You have twenty (20) days in which to file an answer to protect your interest.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:kb
Enclosure

**CERTIFIED MAIL-Return Receipt Requested**
**#7003 1680 0004 8419 1341**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norman Kunin
QT 5, Inc
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) NAKUNIN

C. Date of Delivery 3-2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 1680 0004 8419 1341

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

SANTA CLARITA CA 913 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

32