# United States District Court

DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD

V.

QT 5, INC.; STEVEN REDER in his capacity as President of QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of OT 5, INC.; and NORMAN CUNIN as Chief Financial Officer/Treasurer of QT 5, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 04 59T

TO: (Name and address of defendant)

Steven Reder
QT 5, Inc.
5655 Lindero Canyon Rd., Suite 120
Westlake Village, CA 91362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401)723-9655
(401)722-9106 (Fax)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/25/04

(BY) DEPUTY CLERK

4

LAW OFFICES
MCKINNON & HARWOOD

DANIEL V. MCKINNON
JOHN B. HARWOOD*

DEAN J. WAGNER*
MICHAEL E. SENDLEY
JOSEPH-ANTHONY DIMAIO*
DANIEL J. McKINNON

1168 NEWPORT AVENUE
PAWTUCKET, R.I. 02861
(401) 723-9655

*ALSO ADMITTED IN MASSACHUSETTS

February 26, 2004

Steven Reder
QT 5, Inc.
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

Re: John B. Harwood
Vs. QT 5, Inc., et als
C.A. No.: 04-59T

Dear Mr. Reder:

Enclosed please find a Summons and Complaint relative to the above-captioned matter. In accordance with the Rhode Island General Laws and Federal Rules of Procedure, you are hereby duly served.

You have twenty (20) days in which to file an answer to protect your interest.

Very truly yours,

Joseph-Anthony DiMaio, Esq.

JAD:kb
Enclosure

**CERTIFIED MAIL-Return Receipt Requested**
**#7003 1680 0004 8419 1365**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Reder
QT 5, Inc.
5655 Lindero Canyon Road
Suite 120
Westlake Village, CA 91362

2. Article Number (Transfer from service label) 7003 1680 0004 8419 1365

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [illegible signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten, illegible] C. Date of Delivery [handwritten, illegible]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

---

UNITED STATES POSTAL SERVICE

SANTA CLARITA CA 913 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph-Anthony DiMaio, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

02861+2188