UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT**

The Plaintiff in the above-entitled matter, pursuant to Rule 55 of the Rhode Island District Court Rules of Civil Procedure, hereby makes Application to the Clerk for Entry of Default for the Plaintiff and against the Defendant, QT 5, Inc. for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant, QT 5, Inc. to plead or otherwise defend is set forth in the Affidavit of Service and Failure to Please or Otherwise Defend immediately following this Application.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DATED: 10-22-04, 2004

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**AFFIDAVIT OF SERVICE AND FAILURE TO PLEAD OR OTHERWISE DEFEND**

I, Joseph-Anthony DiMaio being duly sworn, upon oath deposes and says:

1. I am the attorney of record for the Plaintiff and have personal knowledge of the facts set forth in this Affidavit;

2. Plaintiff, on or after February 11, 2004, filed in this action a Complaint against the Defendants;

3. Examination of the court files and records in this action shows that the Defendant, QT 5, Inc. was duly served with a copy of the Summons together with a copy of Plaintiff's Complaint on February 25, 2004, by certified mail, return receipt requested.

4. Defendant, QT 5, Inc. has otherwise failed to plead or otherwise defend within 20 days of service.

Joseph-Anthony DiMaio, Esq.

STATE OF RHODE ISLAND )
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 22nd day of October, 2004.

Notary Public
Commission Expires: 2/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN B. HARWOOD<br><br>VS.<br><br>QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | CA NO.: 04 59T |

**AFFIDAVIT AS TO COMPETENCY, NON-MILITARY SERVICE**

I, the undersigned, being duly sworn, upon oath deposes and says:

1. That the Defendant, QT 5, Inc., was not, at the commencement of this action, nor are they now, in the Military Services of the United States as defined in Article 1 of the "Soldiers and Sailors' Relief Act of 1940" as amended, nor is an infant nor incompetent.

Joseph-Anthony DiMaio, Esq.

STATE OF RHODE ISLAND )
)
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 22nd day of October, 2004.

Notary Public
Commission Expires: 2/18/08