UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN B. HARWOOD<br><br>VS.<br><br>QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | CA NO.: 04 59T |

**APPLICATION TO CLERK FOR**
**ENTRY OF DEFAULT AGAINST DEFENDANT**

The Plaintiff in the above-entitled matter, pursuant to Rule 55 of the Rhode Island District Court Rules of Civil Procedure, hereby makes Application to the Clerk for Entry of Default for the Plaintiff and against the Defendant, QT 5, Inc. for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant, QT 5, Inc. to plead or otherwise defend is set forth in the Affidavit of Service and Failure to Please or Otherwise Defend immediately following this Application.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DATED: 10-22-04, 2004

DEFAULT HEREBY ENTERED:
Dana Fernandes
DEPUTY CLERK

6
5