UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| VS. | : | CA NO.: 04 59T |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT**

In the above-entitled action, the Defendant, QT 5, Inc. having been defaulted, application is hereby made to the Court for Entry of Judgment by Default for the Plaintiff, against the Defendant, QT 5, Inc. Plaintiff attaches hereto and makes incorporated by reference as if set forth in full herein, Plaintiffs Affidavit in Proof of Claim.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DATED: October 22, 2004

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**PLAINTIFF'S AFFIDAVIT IN PROOF OF CLAIM**

I, **John B. Harwood,** being duly sworn, upon oath deposes and says:

1. I am the Plaintiff in the present action.

2. The allegations contained in the complaint are true and accurate to the best of my knowledge and belief.

3. On Monday June 9, 2003, the then president of the Defendant company did send e-mail correspondence agreeing to pay a total of $150,000.00 comprising of $10,000.00 check, $40,000.00 worth of stock warrants, and $100,000.00 upon successful completion for services in a consulting capacity for the Defendant's lobbyists in the State of Maine.

4. Those services were successfully completed.

5. The Defendant never tendered any payments after repeated demand.

6. After institution of and service of the present litigation upon the company, the then president of the Defednant company, Steven Reder, did reaffirm the obligation by a written agreement dated March 17, 2004, attached hereto and incorporated by reference fully herein.

7. Defendant has failed to pay.

John B. Harwood [signature]
John B. Harwood

STATE OF RHODE ISLAND )
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 22nd day of October, 2004.

[signature]
Notary Public
Commission Expires: 2/18/08

To John Harwod March 17, 2004

From Steve Reder
QT 5, Inc

The following is our mutual understanding in full and final settlement regarding the lawsuit you filed against the Company and individuals.

Cash $10,000.00 payable on signing general release.

Stock $50,000 in common shares of the company at a per share price equal to the closing price on the day following the effective date of the Company's pending reverse stock split.

The above is conditional upon your full release of all of the named defendants in your lawsuit.

We will have a formal agreement prepared and forwarded to you within the next several days.

Please indicate that the above is your understanding by signing as indicated below.

Agreed and acknowledged

John B. Harwood
John Harwood

Steven Reder
President