UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**AFFIDAVIT OF SERVICE AND FAILURE TO PLEAD OR OTHERWISE DEFEND**

I, Joseph-Anthony DiMaio being duly sworn, upon oath deposes and says:

1. I am the attorney of record for the Plaintiff and have personal knowledge of the facts set forth in this Affidavit;

2. Plaintiff, on or after February 11, 2004, filed in this action a Complaint against the Defendants;

3. Examination of the court files and records in this action shows that the Defendant, QT 5, Inc. was duly served with a copy of the Summons together with a copy of Plaintiff's Complaint on February 25, 2004, by certified mail, return receipt requested.

4. Defendant, QT 5, Inc. has otherwise failed to plead or otherwise defend within 20 days of service.

Joseph-Anthony DiMaio, Esq.

STATE OF RHODE ISLAND )
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 7th day of December, 2004.

Notary Public
Commission Expires: 2/18/08

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Fred DeLuca, Steven Reder, Norman Kunin, Timothy Owens, QT 5, Inc., 5655 Lindero Canyon Road, Suite 120, Westlake Village, CA 91362 and QT 5, Inc., Paracorp Incorporated, 640 Bercut Drive, Suite A, Sacramento, CA 95814 on the 7th day of December 2004.

9