UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**AFFIDAVIT AS TO COMPETENCY, NON-MILITARY SERVICE**

I, the undersigned, being duly sworn, upon oath deposes and says:

1. That the Defendant, QT 5, Inc., was not, at the commencement of this action, nor are they now, in the Military Services of the United States as defined in Article 1 of the "Soldiers and Sailors' Relief Act of 1940" as amended, nor is an infant nor incompetent.

Joseph-Anthony DiMaio, Esq.

STATE OF RHODE ISLAND )
)
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 7th day of December, 2004.

Notary Public
Commission Expires: 2/18/

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Fred DeLuca, Steven Reder, Norman Kunin, Timothy Owens, QT 5, Inc., 5655 Lindero Canyon Road, Suite 120, Westlake Village, CA 91362 and QT 5, Inc., Paracorp Incorporated, 640 Bercut Drive, Suite A, Sacramento, CA 95814 on the 7th day of December 2004.

10