UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD :
:
VS. : CA NO.: 04 59T
:
QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. :

DEC 08 2004
DISTRICT OF RHODE ISLAND

**APPLICATION TO CLERK FOR**
**ENTRY OF DEFAULT AGAINST DEFENDANT**

The Plaintiff in the above-entitled matter, pursuant to Rule 55 of the Rhode Island District Court Rules of Civil Procedure, hereby makes Application to the Clerk for Entry of Default for the Plaintiff and against the Defendant, QT 5, Inc. for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant, QT 5, Inc. to plead or otherwise defend is set forth in the Affidavit of Service and Failure to Please or Otherwise Defend immediately following this Application.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DEFAULT HEREBY ENTERED:

DEPUTY CLERK

DATED: _______________, 2004

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Fred DeLuca, Steven Reder, Norman Kunin, Timothy Owens, QT 5, Inc., 5655 Lindero Canyon Road, Suite 120, Westlake Village, CA 91362 and QT 5, Inc., Paracorp Incorporated, 640 Bercut Drive, Suite A, Sacramento, CA 95814 on the 7th day of December 2004.

Default Docs Harwood QT5b.DOC

12