UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD | : | |
| | : | |
| VS. | : | CA NO.: 04 59T |
| | : | |
| QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | : | |

**APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT**

In the above-entitled action, the Defendant, QT 5, Inc. having been defaulted, application is hereby made to the Court for Entry of Judgment by Default for the Plaintiff, against the Defendant, QT 5, Inc. Plaintiff attaches hereto and makes incorporated by reference as if set forth in full herein, Plaintiffs Affidavit in Proof of Claim.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DATED: 12-7, 2004

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Fred DeLuca, Steven Reder, Norman Kunin, Timothy Owens, QT 5, Inc., 5655 Lindero Canyon Road, Suite 120, Westlake Village, CA 91362 and QT 5, Inc., Paracorp Incorporated, 640 Bercut Drive, Suite A, Sacramento, CA 95814 on the 7th day of December 2004.