UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD :
:
VS. : CA NO.: 04 59T
:
QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. :

FILED OCT 25 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT**

In the above-entitled action, the Defendant, QT 5, Inc. having been defaulted, application is hereby made to the Court for Entry of Judgment by Default for the Plaintiff, against the Defendant, QT 5, Inc. Plaintiff attaches hereto and makes incorporated by reference as if set forth in full herein, Plaintiffs Affidavit in Proof of Claim.

Plaintiff
By Counsel

Joseph-Anthony DiMaio, Esq. (3910)
MCKINNON & HARWOOD
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

DATED: October 22, 2004

Ruled moot.
Superceded by subsequent motion filed 12/8/04.

David L. Martin
U.S. Magistrate Judge
December 10, 2004

Referred to D.L.M.J. Martin
☐ for findings & recommendation
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date 11/23/04

RECEIVED
NOV 2004
DAVID L. MARTIN
U.S. DISTRICT COURT

14