UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-59T** **DATE: January 4, 2005**

**TITLE: JOHN HARWOOD v. QT 5, INC., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Joseph Di Maio**

**Defendant:**

******************************************************************************

**Proceedings: Plaintiff's Motion for Entry of Default Judgment**

**Counsel for plaintiff present. Defendants absent. Court questions plaintiff. Court requests supplemental filing by 1/18/05. Court reschedules hearing to 1/25/05 at 10:00 a.m.**

15