UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-59T** **DATE: January 25, 2005**

**TITLE: JOHN HARWOOD v. QT 5 INC., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Joseph DiMaio**

**Defendant:**

*********************************************************************************

**Proceedings: Plaintiff's Motion for Default Judgment**

**Counsel for plaintiff present. Defendants not present. Court gives travel of case. Plaintiff addresses the court. One exhibit marked as full. Court requests plaintiff to file a supplemental affidavit within ten days. Court to issue a report and recommendation.**

18