**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN B. HARWOOD<br><br>VS.<br><br>QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | ) | CA NO.: 04 59T |

**SUPPLEMENTAL AFFIDAVIT OF**
**WITNESS, DAVID A. LOWMAN**

I, DAVID A. LOWMAN, being duly sworn, upon oath deposes and says:

1. I have personal knowledge of the facts set forth in this Affidavit;

2. I reside at 940 Quaker Lane, #917, Warwick Rhode Island, 02818, and may be reached at (401) 862-3273.

3. A summary of my attendance at events regarding the distribution of Nico Water was attached to my Juanary 15, 2005 affidavit as Exhibit 2.

4. All meetings regarding CVS that I attended took place at their main office in Woonsocket, Rhode Isalnd, with a street address of One CVS Drive;

5. All meetings regarding Brooks Pharmacy that I attended took place at their Warwick, Rhode Island office, located on 50 Service Avenue;

20

6. All meetings regarding Northeast Beverage that I attended took place at their Warwick, Rhode Island office located at 1200 Jefferson Boulevard;

7. All meetings regarding C&C Distributors, Inc. that I attended took place at 119 Hopikins Hill Road, West Warwick, Rhode Island.

8. All other meetings with David Powley and James Burns took place at the Providence, Rhode Island, Marriott.

David A. Lowman

STATE OF RHODE ISLAND )
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me this 26th day of January, 2005.

Notary Public

Joseph Anthony [illegible], Esq.
Notary Public of Rhode Island
My Commission Expires 7/29/05

FILED
05 JAN 28 A 11:02