UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN B. HARWOOD )
)
VS. ) CA NO.: 04 59T
)
QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. )

FILED FEB 01 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

RECEIVED FEB 23 2005 DAVID L. MARTIN, U.S. MAGISTRATE JUDGE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO AMEND CAPTION**

Now comes the Plaintiff in the above-entitled matter and respectfully moves this Honorable Court Amend the Caption in the above-entitled matter to properly reflect the present name of the single Defendant in interest, "**ADDISION-DAVIS DIAGNOSTICS, INC**., alias MEDTEST, alias John Doe". In support of said motion, the Plaintiff states that the Defendant, formerly known as **QT-5, Inc.** changed its name on or about November 18, 2004. Moreover, each individual identified was identified in his or her capacity as an officer of said QT-5, Inc., therefore liability rests only upon the corporate entity.

Attached hereto and makes incorporated by reference as if set forth in full herein Exhibit A, is a specimen caption which the Plaintiff submits for this court's approval.

In further support of this motion, Plaintiff attaches hereto and makes incorporated by reference as if set forth in full herein Plaintiff's Memorandum in Support of his Motion to Amend Caption.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ____________

Ernest C. Torres, Chief Judge

Date: 2/22/05

Plaintiff,
By counsel

[signature]

Joseph Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

23

February 1, 2005

No objection having been filed, the motion is GRANTED. 2-23-05

David L. Martin [signature]

David L. Martin, USMJ