UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD<br><br>VS.<br><br>QT 5, INC.; STEVEN REDER in his capacity as President OF QT 5, INC.; TIMOTHY OWENS in his capacity as CEO of QT 5, INC.; and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC. | ) | CA NO.: 04 59T |

**CORRECTED**
**MOTION TO AMEND CAPTION**

Now comes the Plaintiff in the above-entitled matter and respectfully moves this Honorable Court Amend the Caption in the above-entitled matter to properly reflect the present name of the single Defendant in interest, "**ADDISON-DAVIS DIAGNOSTICS, INC.**, alias MEDTEST, alias John Doe".

This motion is filed to correct a typographic error in the previous motion filed on this same topic. The Defendant's new name was erroneously typed as "Addision-Davis Diagnostics, Inc., alias John Doe..." Counsel represents that the correct spelling is as it appears on the attached corrected specimen caption.

In support of the name change from QT-5, Inc. to the present request, Plaintiff incorporates herein by reference "Plaintiff's Memorandum IN Support of His Motion to Amend Caption" previously filed on or about February 1, 2005, with his initial motion to amend caption.

Plaintiff,
By counsel

Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

March 1, 2005



25

**CERTIFICATION**

I hereby certify that the defendant is in default for failure to appear and has not appeared and that therefore no service need be made on the parties in default for failure to appear and that the within pleadings do not assert new or additional claims for relief, (USCS Fed Rules Civ. Proc R. 5) said claims arising out of the same identical conduct, transaction, and occurrence set forth in the original pleading, and that there is an exact identity of the entity sued herein (USCS Fed. Rules Civ. Proc R. 15(c)(3)).

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN B. HARWOOD | ) | |
| | ) | |
| VS. | ) | CA NO.: 04 59T |
| | ) | |
| **ADDISON-DAVIS DIAGNOSTICS, INC.** | ) | |
| Alias MEDTEST, | ) | |
| Alias John Doe | ) | |
| (formerly QT-5, Inc.) | ) | |

**CORRECTED**
**SPECIMAN CAPTION**

Now comes the Plaintiff in the above-entitled matter and proposes the above caption amending the previous designation of the Defendant formerly known as QT 5, Inc., et. al.

Plaintiff,
By counsel

Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

Date: March 1, 2005