UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN B. HARWOOD, Plaintiff, | : | |
| v. | : | CA 04-59T |
| QT 5, INC., STEVEN REDER in his capacity as President of QT 5, INC., TIMOTHY OWENS in his capacity as CEO of QT 5, INC., and NORMAN KUNIN as Chief Financial Officer/Treasurer of QT 5, INC., Defendants. | : | |

**ORDER TO CHANGE CAPTION**

Plaintiff's Corrected Motion to Amend Caption (Document #25) is hereby granted. Accordingly, the Clerk is directed to change the caption of this action from that shown above to: "JOHN B. HARWOOD v. ADDISON-DAVIS DIAGNOSTICS, INC., alias MEDTEST, alias John Doe (formerly QT 5, Inc.)."

So ordered.

ENTER:

David L. Martin
U.S. MAGISTRATE JUDGE
March 4, 2005

BY ORDER:

Martha Saucier
Deputy Clerk

26