**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN B. HARWOOD,
Plaintiff

vs. C.A. No. 04-59T

ADDISON-DAVIS DIAGNOSTICS,
INC.,
Defendant

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to an Order Granting Application for Entry of Default Judgment signed and dated September 27th, 2005 by Judge Ernest C. Torres, default judgment hereby enters in favor of the plaintiff in the amount of $150,000.00.

Enter:

Deputy Clerk

Dated: September 28th, 2005